UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FENF, LLC,

          Plaintiff(s),

v.

SHENZHEN FROMUFOOT CO., LTD. and FROMUFOOT US INC.,

          Defendant(s).
_____/

Case No. 2:16-cv-12616-AJT-MKM

Judge Arthur J. Tarnow

Magistrate Judge Mona K. Majzoub

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against SHENZHEN FROMUFOOT CO., LTD. for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1. The summons and complaint were served on February 22, 2018 at The Chinese Central Authority designated under the Hague Convention by the Court having deemed that Defendant Shenzhen FromUFoot Co., Ltd. has been served (Dkt. 14).

2. The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3. The defendant is not an infant, incompetent person or a member of the military service.

4. This statement is true and is signed under the penalty of perjury.

Date: June 11, 2018

/s/ Richard W. Hoffmann

P42350
Reising Ethington P.C.
755 West Big Beaver Road
Suite 1850
Troy, Michigan 48084
248.689.3500
hoffmann@reising.com